## McKAIN v. J. I. CASE THRESHING MACH. CO.

No. 3333.    Opinion Filed December 3, 1912.

(128 Pac. 895.)

**APPEAL AND ERROR**—Affirmance—Failure to Prosecute.    Judgment was rendered in the court below against a party for a certain sum, and a proceeding in error instituted in this court, which such party fails to prosecute.    Said judgment having been superseded, on motion, the same will be affirmed.

(Syllabus by the Court.)

*Error from Osage County Court;*
*C. T. Bennett, Judge.*

Action by the J. I. Case Threshing Machine Company against E. L. McKain.    Judgment for plaintiff, and defendant brings error.    Affirmed.

*Grinstead, Mason & Scott,* for plaintiff in error.

*Leahy & MacDonald* and *Shartel, Keaton & Wells,* for defendant in error.

WILLIAMS, J.    This cause comes on to be heard upon the motion of the defendant in error to affirm the judgment of the court below.

Upon the authority of *Merchants' & Planters' Ins. Co. v. Crane et al.,* 31 Okla. 713, 123 Pac. 1127, the judgment of the lower court is affirmed.

All the Justices concur.